**Order entered August 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00170-CV

**ERIC DRAKE, Appellant**

**V.**

**CARMEN SIFUENTES, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03940**

## ORDER

We **GRANT** appellant's August 13, 2013 motion for an extension of time to file a brief.

Appellant shall file his brief on or before September 16, 2013.

/s/      ELIZABETH LANG-MIERS
           JUSTICE